IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

EDWARD MONAGAN,

        Appellant,

  v.

Case No.  5D23-108
LT Case No. 16-2020-CF-5757

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed March 14, 2023

Appeal from Circuit Court
for Duval County,
Jeb T. Branham, Judge.

Jessica J. Yeary, Public Defender, and
Lori A. Willner, Assistant Public
Defender, Tallahassee, for Appellant.

No Appearance for Appellee.

PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., and MAKAR and JAY, JJ., concur.